# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:13-CR-00118-001-SLG |
| vs. ) | |
| ) | ORDER ON TERMINATION OF |
| ) | SUPERVISED RELEASE PRIOR TO |
| BARETTA FAATAFUGA | ORIGINAL EXPIRATION DATE |

Based on the *Report and Order Terminating Supervised Release Prior to Original Expiration Date* filed on July 11, 2023, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ x ] The defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

[ ] Other: _____

Dated this 11th day of July, 2023.

*/s/ Sharon L. Gleason*
Honorable Sharon L. Gleason
Chief United States District Judge